

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARTIN BOWE
(212) 788-0878
fax (212) 788-0940

July 21, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

**BY HAND DELIVERY**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: Vann v. Hughes, 08-CV-4012 (LAK)(RLE)

Dear Judge Kaplan:

I am the assistant corporation counsel assigned to the defense in the above-referenced action. I write to request a 45-day enlargement of defendants' time to respond to the complaint, from July 7, 2008 to August 18, 2008. This is the first request for an enlargement of time. As plaintiff is an incarcerated person, I was unable to obtain his consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

Martin Bowe (MB 8042)
Assistant Corporation Counsel

**BY Overnight Delivery**
Kourlockein Vann, *pro se*
# 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
Northern Infirmary Command
15-00 Hazen street
East Elmhurst, NY 11370

Time extended to and including 8/7/08

SO ORDERED
LEWIS A. KAPLAN, USDJ
7/24/08